UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-20448-CIV-MARTINEZ-BROWN

UNITED TEACHERS OF DADE,

    Plaintiff,

vs.

TEAMSTERS LOCAL UNION 769,

    Defendant.
_____/

## ORDER GRANTING JOINT APPLICATION TO WITHDRAW CASE FROM MEDIATION

This CAUSE came before the Court upon the parties' Joint Motion to Withdraw Case from Mediation **(D.E. No. 11)** on March 28, 2008.  The parties advise the Court that they have an ongoing duty, under federal labor law, to bargain with each other in good faith because they are parties to a collective bargaining agreement.  Accordingly, they argue that requiring them to participate in mediation would be of little benefit under these circumstances.  Moreover, they agree that resolution of their dispute will turn on issues of law — whether an arbitration award should be vacated.  Because the resolution of this dispute will involve little to no fact-finding, the parties argue that the current proceeding is more analogous to a proceeding before an appellate court, where mediation is not required, than before a trial court.  Therefore, they ask that the Court relieve them from having to comply with the standard pretrial requirement that litigants engage in mediation.  The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

    **ORDERED and ADJUDGED** that

The parties' Joint Motion to Withdraw Case from Mediation **(D.E. No. 11)** is **GRANTED**.  The parties are RELIEVED from having to comply with the requirements on mediation that appear in the Court's Scheduling Order of March 26, 2008 (D.E. No. 10 at 5).

DONE AND ORDERED in Chambers at Miami, Florida, April 11, 2008.

```
_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE
```

Copies provided to:
Magistrate Judge Brown
All Counsel of Record