UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-20448-CIV-MARTINEZ-BROWN**

UNITED TEACHERS OF DADE,

      Plaintiff,

vs.

TEAMSTERS LOCAL UNION 769,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

This MATTER is before the Court upon the parties' Joint Stipulation of Dismissal without

Prejudice. **(D.E. No. 13)**, filed on April 11, 2008.  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**, with each party to bear

its own attorney's fees and costs.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is

**CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of April, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record